# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL ACTION NO. |
| DANIEL ROCHA-MONTANO, : | 2:17-CR-17-1-RWS-JCF |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 18]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 18] is hereby approved and adopted as the opinion and order of this Court. Defendant's guilty plea is accepted, and he is adjudged guilty.

SO ORDERED this 3rd day of August, 2017.

_____
**RICHARD W. STORY**
United States District Judge